UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEONARD N. BROWNING,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>G.W. BARRETT, an individual,<br><br>　　　　　Defendant. | CV-07-286-CI<br><br>JUDGMENT |

JURY VERDICT.

　　　This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

　　　IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant, pursuant to the jury verdicts returned on December 3, 2009.

JUDGMENT - 1